Order entered November 7, 2012



In The

# Court of Appeals
## Fifth District of Texas at Dallas

No. 05-12-00819-CV

JULIUS HOLMES, ANTONIO SPENCER AND ALL OCCUPANTS OF
3320 PECAN SHADOW WAY, DALLAS, TEXAS, Appellants

V.

DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR
AMERIQUEST MORTGAGE SECURITIES INC., ASSET-BACKED
PASS-THROUGH CERTIFICATES, SERIES 2005-R2, Appellee

On Appeal from the County Court at Law No. 4
Dallas County, Texas
Trial Court Cause No. CC-11-08781-D

## ORDER

The Court has before it appellee's October 1, 2012 unopposed motion to un-abate. The

Court **GRANTS** the motion and **REINSTATES** this case to the active docket. The Court

**ORDERS** appellants to file their brief within thirty days of the date of this order.


MOLLY FRANCIS
JUSTICE